■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUSAYN GASKIN, Appellant. [633 NYS2d 987] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barasch, J.), rendered July 15, 1993, convicting him of attempted robbery in the first degree and criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant acknowledged in his plea allocution that he criminally possessed a handgun for approximately one week before he committed the crime of attempted robbery in the first degree. Accordingly, the same act did not provide the basis of his convictions of both crimes and the imposition of consecutive sentences was not prohibited (cf., People v Ali, 188 AD2d 476; People v Ellis, 139 AD2d 662). Mangano, P. J., Miller, Santucci and Hart, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES GILES, Appellant. [633 NYS2d 992] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered June 10, 1994, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., O'Brien, Ritter, Friedmann and Goldstein, JJ., concur.